## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ANTHONY L. WILSON,**

    **Plaintiff,**

vs.                                                                         Case No.: 2:14-cv-539
                                                                                JUDGE SMITH
                                                                                **Magistrate Judge Kemp**

**DEBORAH TIMMERMAN-COOPER,** *ET AL.***,**

    **Defendants.**

## ORDER

On February 3, 2015, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that Defendants' Motion to Dismiss as frivolous be denied and that this case be dismissed under 28 U.S.C. §1915(e)(2) for failure to state a claim upon which relief can be granted. Additionally, the Order denied Plaintiff's Motion for an extension of time. (*See* Doc. 17). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** This case is hereby dismissed under 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief can be granted.

The Clerk shall remove Documents 8 and 17 from the Court's pending motions list.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**